OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
4/13/2015 PRIVATE USE
GUZMAN, JAMES EDWARD   Tr. Ct. No. 1224072-A    WR-31,922-18
On this day, the application for 11.07 Writ of Habeas Corpus has been received
and presented to the Court.

RETURN TO SENDER
RELEASED FROM CUSTODY OF
HARRIS COUNTY SHERIFF

Abel Acosta, Clerk

02 1R
0002003152    APR 20 2015
MAILED FROM ZIP CODE

$ 00.26⁵

JAMES EDWARD GUZMAN
HARRIS COUNTY JAIL - SPN #01125709